Case 7:16-cr-01376 Document 1 Filed in TXSD on 01/24/17 Page 1 of

United States District Court
Southern District of Texas
FILED

JAN 24 2017

David J. Bradley, Clerk

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

SOUTHERN     DISTRICT OF     TEXAS

UNITED STATES OF AMERICA
V.
Arturo BAZAN-Martinez Jr. YOB: 1959 MXC

**CRIMINAL COMPLAINT**

CASE NUMBER: M-17-0156-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 27, 2016__ in __Hidalgo__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally conspire to possess with the Intent to Distribute five (5) kilograms or more of Cocaine, a Schedule II Controlled Substance.

in violation of Title __21__ United States Code, Section(s) __846__

I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof: ☒ Yes ☐ No

approved by
AUSA 4KR

_____
Signature of Complainant
Reinaldo Mercado, DEA Special Agent

Sworn to before me and subscribed in my presence,

January 24, 2017    8:58 a.m.    At    McAllen, Texas
Date                                                                     City and State

Peter E. Ormsby, U.S. Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

**ATTACHMENT A**

On August 27, 2016, the San Juan Police Department received a 911 call related to an accident located at Moore Road and South Stewart Road, San Juan, Texas. Upon arrival, San Juan Police Officers and US Border Patrol Agents discovered what appeared to be a vehicle accident. The vehicle was left abandoned aside the road in an orchard. A search of the vehicle revealed bundles of cocaine wrapped in black and gray tape. The bundles were later taken to the McAllen D.O. and field tested. The bundles tested positive for cocaine and had an approximate weight of 49.08 kilograms.

On January 23, 2017, DEA Agents conducted an interview of Arturo BAZAN-Martinez Jr. regarding the August 27, 2016 seizure. Agents read BAZAN-Martinez his Miranda Warnings and he waived his rights to an attorney. BAZAN-Martinez confessed to assisting in picking up forty (40) kilograms of cocaine at a gas station in San Juan, Texas with two other subjects. BAZAN-Martinez stated that he had contacted an unindicted co-conspirator for the purpose of obtaining bundles of cocaine. It was BAZAN-Martinez's role to connect this source of supply with the co-defendant who would then facilitate the transportation of the cocaine. BAZAN-Martinez stated that the co-conspirator then prior to August 27, 2016 transferred the bundles to BAZAN-Martinez and a co-defendant for further transport north.